IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ANGEL MANUEL ORTIZ, by And through the Administrator of his Estate, SANDRA OUTLER, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF GEORGIA DEPARTMENT OF CORRECTIONS, et al., <br><br> Defendants. | <br><br><br><br><br><br> CIVIL ACTION NO. <br> 1:21-cv-00049-LAG |

## **DEFENDANT COOPER'S NOTICE OF APPEAL**

Notice is hereby given that Defendant Kelly Cooper appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's order on the motion for summary judgment dated March 31, 2025 (Doc. 82), to the extent that the order denied him qualified immunity from Plaintiff's 42 U.S.C. § 1983 claim for damages under the Eighth Amendment. The Clerk should omit nothing from the record on appeal.

Respectfully submitted this 30th day of April, 2025.

          CHRISTOPHER M. CARR  112505
          Attorney General

          LORETTA L. PINKSTON-POPE 580385
          Deputy Attorney General

          */s/ Laura L. Lones*
          LAURA L. LONES 456778
          Senior Assistant Attorney General

          Attorneys for Defendant Cooper

Please Serve:
LAURA L. LONES
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (470) 355-2765
Facsimile:  (404) 651-5304
E-mail: llones@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **DEFENDANT COOPER'S NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 30th day of April, 2025.

*/s/ Laura L. Lones*
Georgia Bar No. 456778
Senior Assistant Attorney General