IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| SANDRA ORTIZ, | |
|---|---|
| Plaintiff/Appellee, | |
| v. | APPEAL NO. 25-11522-HH |
| KELLY COOPER, | |
| Defendant/Appellant. | |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF APPELLEES**

Defendant/Appellant Kelly Cooper in accordance with Rule 26.1 of this Court, notifies the Court that the following persons[1] have an interest in the outcome of this appeal:

Christopher M. Carr, *Attorney General*—Attorney for Defendant/Appellant

Kelly Cooper—Defendant/Appellant

Hon. Leslie A. Gardner—United States District Judge

Laura L. Lones, *Senior Assistant Attorney General*—Attorney for Defendant/Appellant

---

[1] Derrical Bell was and remains a Defendant below but is not a party to this appeal. Doc. 82. Timothy Davis, Tyron George, Keyani Graham, Delvin Peeples, Jabreon Price, Tarmarshe Smith, Timothy Ward, Steven Williams, and the Georgia Department of Corrections were Defendants below but have been dismissed from this action and are not parties to this appeal. Doc. 43; Doc. 57; Doc. 82.

Sandra Outler, *Administrator of the Estate of Angel Manuel Ortiz*—Plaintiff/Appellee

Stephen Petrany, *Solicitor General*—Attorney for Defendant/Appellant

Loretta L. Pinkston-Pope, *Deputy Attorney General*—Attorney for Defendant/Appellant

Robert Leanza Williams, Jr.—Attorney for Plaintiff/Appellee

Respectfully submitted this 16th day of May, 2025.

                                         CHRISTOPHER M. CARR 112505
                                         Attorney General

                                         LORETTA L. PINKSTON-POPE 580385
                                         Deputy Attorney General

                                         */s/ Laura L. Lones*
                                         LAURA L. LONES 456778
                                         Senior Assistant Attorney General

                                         Attorneys for Defendant/Appellant

Please Serve:
LAURA L. LONES
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3488
Facsimile: (404) 651-5304
E-mail: llones@law.ga.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I filed **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF APPELLEES** electronically with the Clerk of Court which will automatically serve electronically all counsel hereto.

This 16th day of May, 2025.

*/s/ Laura L. Lones*
Georgia Bar No. 456778