IN THE UNITED STATE DISTRICT COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

| STATE OF GEORGIA DEPARTMENT OF CORRECTIONS, et al. | ) ) ) | CIVIL ACTION CASE NO. |
|---|---|---|
| Appellant, | ) ) | 25-11522-H |
| vs | ) ) | |
| ANGEL MANUEL ORTIZ, by and through the Administrator of his Estate, SANDRA OUTLER, et al. | ) ) ) ) | |
| Appellee. | ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATION DISCLOSURE STATEMENT OF APPELLEE

Plaintiff/Appellee Sandra Outler, in accordance with rule 26.1 of this Court, notified the Court that the following persons have an interest in the outcome of this appeal:

Robert Leanza Williams, Jr. – Lead Counsel for Plaintiff/Appellee;

Sandra Outler - Plaintiff/Appellant and Administrator of the Estate of Angel M. Ortiz;

Bryan Lammon – Co-Counsel for Plaintiff/Appellee;

Honorable Leslie A. Gardner – U.S. District Court Middle Georgia – Albany Division;

Laura L. Lones – Senior Assistant Attorney General, Lead Counsel for Defendant(s)/Appellant;

Kelly Cooper – Defendant/Appellant;

Stephen Petrany – Solicitor General – Attorney for Defendant/Appellant;

Loretta L. Pinkston-Pope - Deputy Attorney General – Attorney for Defendant/Appellant.

Respectfully submitted this 16th day of May, 2025.

/s/ Robert Leanza Williams, Jr.
Robert Leanza Williams, Jr., Esq.
Georgia State Bar No. 777789
Attorney for Appellee(s)

Robert Leanza Williams, Jr. Esq.
Robert Leanza Williams, Jr. Attorney at Law, LLC
2302 Parklane Drive, NE, Ste 300
Atlanta, Georgia 30345
Office: 404-377-7028
Fax: 404-377-7599
Robert@bigtimelaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this day; I filed **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATE OF APPELLEE** electronically with the Clerk of Court which will automatically serve electronically all counsel hereto.

This 16th day of May, 2025.

/s/ Robert Leanza Williams, Jr.
Robert Leanza Williams, Jr., Esq.
Georgia State Bar No. 777789
Attorney for Appellee(s)

Robert Leanza Williams, Jr. Esq.
Robert Leanza Williams, Jr. Attorney at Law, LLC
2302 Parklane Drive, NE, Ste 300
Atlanta, Georgia 30345
Office: 404-377-7028
Fax: 404-377-7599
Robert@bigtimelaw.com